IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOSEPH ABRANTES, *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 1:17-cv-00671-SGB |

## NOTICE OF DIRECTLY RELATED CASE

Plaintiff Joseph Abrantes ("Plaintiff") by and through his counsel of record, files this notice of directly related case pursuant to United States Court of Federal Claims Rule 40.2.

WHEREAS *Abalos v. The United States,* Case No. 1:17-cv-00163-VJW is currently pending before Honorable Victor J. Wolski of the United States Court of Federal Claims;

WHEREAS the *Abalos* matter involves the same Defendant and is based on the same or similar claims brought by Border Patrol Agents in the present matter;

WHEREAS assigning both cases to a single judge is expected to conserve judicial resources and promote the efficient administration of justice;

Plaintiff hereby requests assignment of this matter to Honorable Victor J. Wolksi.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 23, 2017 | /s/ Gary E. Mason<br>Gary E. Mason<br>Danielle L. Perry<br>Ben Branda<br>Whitfield Bryson & Mason LLP<br>5101 Wisconsin Ave., NW, Ste. 305<br>Washington, DC 20016<br>T: (202) 429-2290<br>F: (202) 429-2294<br>gmason@wbmllp.com<br>dperry@wbmllp.com<br>bbranda@wbmllp.com<br><br>Alan Lescht<br>August Johannsen<br>Jack Jarrett<br>Alan Lescht and Associates, PC<br>1050 17th St., NW, Suite 400<br>Washington, DC 20036<br>T: (202) 463-6036<br>alan.lescht@leschtlaw.com<br>august.johannsen@leschtlaw.com<br>jack.jarrett@leschtlaw.com<br><br>Neil Landeen<br>Yen Pilch & Landeen, P.C.<br>6017 N. 15th Street<br>Phoenix, AZ 85014<br>T: (602) 241-0474<br>landeen@ypllaw.com |